F I L E D
Clerk
District Court

AUG 2 6 2005

For The Northern Mariana Islands
By_____
      (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| HENRY S. HOFSCHNEIDER, ) | Civil Action No. 04-0022 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CASE MANAGEMENT |
| ) | SCHEDULING ORDER |
| ANA DEMAPAN-CASTRO, ) | |
| ) | |
| Defendant ) | |

Pursuant to Fed.R.Civ.P. 16(b)[1] and Local Rule 16.2CJ.e.4, a Case Management Conference was conducted in this matter on Friday, August 26, 2005. Present were Colin Thompson for plaintiff and G. Anthony Long for defendant.

---

[1] Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. *See e.g.* Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. *See* Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

AO 72
(Rev. 8/82)

After conferring with the parties,

IT IS ORDERED THAT:

1. All parties are to be joined on or before November 25, 2005.

2. All motions to amend pleadings shall be filed on or before November 25, 2005.

3. All discovery shall be served by March 1, 2006. No discovery material shall be filed with the court except as necessary to support of a motion.

4. All discovery motions shall be filed so as to be heard on or before April 27, 2006. Motions shall be filed in accordance with Local Rule 7.1.

5. A status conference will be held on February 24, 2006, at 9:30 a.m.

6. All dispositive motions shall be filed so as to be heard on or before June 1, 2006. Motions shall be filed in accordance with Local Rules 7.1 and/or 56.1.

7. A settlement conference will be held on May 12, 2006, at 1:30 p.m.

8. The jointly-prepared pre-trial order shall be filed by June 16, 2006. Local Rule 16.2CJ.e.9.

9. A final pretrial conference will be held on June 23, 2006, at 10:00 a.m.

10. The trial shall begin on July 10, 2006, at 9:00 a.m.

This case has been assigned to the Standard Track.

DATED this 26th day of August, 2005.

                                              */s/ Alex R. Munson*
                                              ALEX R. MUNSON
                                                      Judge

AO 72
(Rev. 8/82)