Law Office of G. Anthony Long
P. O. Box 504970
Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Tel. No. (670) 235-4802
Fax. No. (670) 235-4801

Attorney for Defendant Ana Demapan-Castro

FILED
Clerk
District Court

FEB 23 2006

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| HENRY S. HOFSCHNEIDER | ) CIVIL ACTION NO. 04-0022 |
| Plaintiff | ) |
| | ) NOTICE OF MOTION AND MOTION |
| v. | ) FOR SUMMARY JUDGMENT |
| ANA DEMAPAN-CASTRO | ) |
| Defendant. | ) Date: March 30, 2005 |
| | ) Time: 9:00 a.m. |

**TO: PLAINTIFF HENRY S. HOFSCHNEIDER AND HIS ATTORNEYS OF RECORD:**

### NOTICE

Please be advised that on March 30, 2005 at 9:00 a.m. or as soon thereafter as possible, the court will hear defendant's motion for summary judgment.

### MOTION

Plaintiff hereby moves for summary judgment on plaintiff's claims of First Amendment violations. The basis for this motion is the memoranda of points and authorities and declaration

of counsel filed herewith, the second amended complaint and all documents and proceedings of record in this case.

                          Law Office of G. Anthony Long

                          By: _____
                                G. Anthony Long