F I L E D
Clerk
District Court

MAR 23 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  Colin M. Thompson, Esq.
   Law Offices of Colin M. Thompson
2  J.E. Tenorio Building
   PMB 917 Box 10001
3  Saipan, Mariana Islands 96950
   Telephone: (670) 233-0777
4  Facsimile: (670) 233-0776

5  *Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **HENRY S. HOFSCHNEIDER** | CIVIL ACTION NO. 04-0022 |
| Plaintiff, | NOTICE OF SETTLEMENT AND INTENT TO DISMISS |
| vs. | |
| **ANA DEMAPAN-CASTRO.** | |
| Defendant. | |

**PLEASE TAKE NOTICE** that on **Tuesday**, **March 21, 2006**, the Department of Public Lands Authority and Henry Hofschneider executed a settlement that provides, inter alia, for the dismissal of this case with prejudice upon delivery and confirmation of payment. Payment is scheduled to be made on April 4, 2006. The proposed dismissal is attached to this Notice.

Respectfully submitted dated this __23__ day of March 23, 2006

_____
COLIN M. THOMPSON, ESQ.
Attorney for Plaintiff
Henry S. Hofschneider

COLIN M. THOMPSON
The Law Office of Colin M. Thompson
J.E. Tenorio Building
PMB 917, Box 10001
Saipan, MP 96950
Telephone: (670) 233-0777
Facsimile:  (670) 233-0776
Colin.Thompson@Saipan.Com

Attorneys for Plaintiff Henry S. Hofschneider

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| **HENRY S. HOFSCHNEIDER,** | ) | Civil Action No. 04-0022 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -v- | ) | **STIPULATED DISMISSAL** |
| | ) | **AND ORDER** |
| **ANA DEMAPAN-CASTRO,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

    The parties, represented by their attorneys of record, respectfully request the Court to dismiss this lawsuit, with prejudice.  Each side is to bear its own costs, including but not limited to, attorneys' fees.

**FOR PLAINTIFF:**


_____        DATED: April ___, 2006
**COLIN M. THOMPSON**



_____        DATED: April ___, 2006
**SEAN E. FRINK**

Dismissal Stipulation & Order– Pg. 1

**FOR DEFENDANT:**

_____     DATED: April ___, 2006
**G. ANTHONY LONG**

## ORDER

Good Cause shown, this lawsuit is hereby dismissed with prejudice with each party responsible for its own costs.

DATED: April ___, 2006.

_____
ALEX R. MUNSON
Judge