```
                                                          FILED
                                                           Clerk
                                                       District Court

                                                       MAR 30 2006
```

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

*********************************************************************************

CV-04-0022                                              March 30, 2006
                                                        9:10a.m.

## HENRY HOFSCHNEIDER -vs- ANNA DEMAPAN CASTRO

PRESENT:    Hon. Alex R. Munson, Chief Judge Presiding
            Sanae Shmull, Court Reporter
            K. Lynn Lemieux, Courtroom Deputy

PROCEEDINGS:    MOTION FOR SUMMARY JUDGMENT

Plaintiffs were represented in court by Attorney Colin Thompson. Defendants were represented by Attorney Anthony Long.

Court stated that this matter was taken off-calendar being that pleadings for a settlement were filed.

Attorney Long argued that there was no settlement and they are not a party to this agreement and therefore the hearing this morning should still be on calendar.

Court ordered that a response to the summary judgment from Plaintiff is due on April 6th and a reply from the Defense is due on April 13th and a hearing will be set at that time.

Adjourned 9:30 a.m.

K. Lynn Lemieux, Courtroom Deputy