IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| HENRY S. HOFSCHNEIDER,<br><br>Plaintiff,<br><br>vs.<br><br>ANA DEMAPAN-CASTRO,<br><br>Defendant. | Case No. CV-04-0022<br><br>**ORDER CONTINUING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

**THE COURT**, after hearing the arguments of the parties, **ORDERS** that defendant's motion for summary judgment be continued to May 18, 2006, at 9 a.m. Plaintiff's opposition brief, if any, must be filed no later than April 6, 2006. Defendant's reply brief, if any, must be filed no later than April 13, 2006.

**IT IS SO ORDERED.**

**DATED** this 30th day of March, 2006.

ALEX R. MUNSON
Judge