F I L E D
Clerk
District Court

APR - 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

*************************************************************************************

CV-04-0022　　　　　　　　　　　　　　　　　　　　April 6, 2006
　　　　　　　　　　　　　　　　　　　　　　　　　　10:45 a.m.

### HENRY HOFSCHNEIDER -vs- ANNA DEMAPAN CASTRO

PRESENT:　　　　Hon. Alex R. Munson, Chief Judge Presiding
　　　　　　　　Sanae Shmull, Court Reporter
　　　　　　　　K. Lynn Lemieux, Courtroom Deputy
　　　　　　　　Sean Frink, Attorney for Plaintiff
　　　　　　　　Colin Thompson, Attorney for Plaintiff
　　　　　　　　Anthony Long, Attorney for Defendant

PROCEEDINGS:　　MOTION FOR VOLUNTARY DISMISSAL

　　　Plaintiffs were represented in court by Attorneys Sean Frink and Colin Thompson. Defendants were represented by Attorney Anthony Long. Howard Willens appeared on behalf of the CNMI Government.

　　　Argument by all counsel.

　　　Court, after hearing all argument, took the matter under advisement and advised that a written order would be forthcoming..

　　　　　　　　　　　　　　　　　　Adjourned 11:15 a.m.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　K. Lynn Lemieux, Courtroom Deputy