```
                                                    FILED
                                                     Clerk
                                                 District Court

                                                 APR - 6 2006

SEAN E. FRINK
The Law Offices of Sean E. Frink, LLC         For The Northern Mariana Islands
Second Floor, Macaranas Building, Garapan,    By_____
PMB 161, Box 10003                                    (Deputy Clerk)
Saipan, MP 96950
Telephone: (670)233-2889
Sean.Frink@Saipan.Com
```

Attorney for Plaintiff Henry S. Hofschneider

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| HENRY S. HOFSCHNEIDER, | ) | Civil Action No. 04-0022 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -v- | ) | DECLARATION OF |
| | ) | HENRY S. HOFSCHNEIDER IN |
| ANA DEMAPAN-CASTRO, | ) | SUPPORT OF HIS OPPOSITION |
| | ) | TO DEFENDANT'S MOTION |
| | ) | FOR SUMMARY JUDGMENT |
| **Defendant.** | ) | |

I, Henry S. Hofschneider, a person aged over eighteen years, and being of sound mind, state:

1. Defendant Demapan-Castro did not terminate my employment as MPLA Commissioner. Instead, she attempted to do so but never had the legal authority, as determined by Judge Govendo in his August 19, 2005 ruling and as is made clear by PL 12-33 and the CNMI Open Government Meetings and Records Act.

2. My salary at MPLA was not a minimum of $80,000. In fact, I made less while employed at MPLA as the Commissioner at times.

3. During the Superior Court litigation (CNMI Superior Court Civil Action No. 04-0523E) Defendant Demapan-Castro denied that the document attached to the February 23, 2006

Declaration of Henry S. Hofschneider– Pg. 1

Declaration of her counsel as Exhibit A was a valid and enforceable employment contract. She made similar claims in her Answer.

4. The document attached hereto as Exhibit "A" is a true and correct copy of Defendant's Memorandum Supporting Motion for Summary Judgment, filed in the Superior Court Action on September 19, 2005.

5. The document that Defendant relies upon in large part in making the present motion, the one page job description attached to Exhibit "A" of the Declaration of Counsel, is part and parcel of the document that Defendant Demapan-Castro repeatedly claimed was not either a valid or enforceable contract.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 6, 2006 at Saipan, Commonwealth of the Northern Mariana Islands.

Respectfully submitted,

_____
HENRY S. HOFSCHNEIDER